IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK
BROOKLYN DIVISION

| | |
|---|---|
| ALEXANDER CLAUDE PALMER,<br><br>  Plaintiff,<br><br>vs.<br><br>BLOCK INC. D/B/A CASH APP,<br><br>  Defendant. | Civil Case No.: 1:25-cv-01809-RER-TAM<br><br>**NOTICE OF SETTLEMENT** |

**NOTICE IS HEREBY GIVEN** that Plaintiff Alexander Claude Palmer and Defendant Block Inc. d/b/a Cash App, have resolved the claims between them in this matter. The parties are in the process of finalizing the terms and performance attendant to that resolution. The parties anticipate completing that performance within the next sixty (60) days and submitting to the Court the necessary dismissal papers. In the interim, the Parties ask that the Court vacate all deadlines in this matter as there are no remaining Defendants. Plaintiff further requests that the Court retain jurisdiction for any matters related to completing and/or enforcing the settlement.

Dated: June 12, 2025

*/s/ Meir Rubinov*
Meir Rubinov, NY Bar No.: 6077887
**CONSUMER ATTORNEYS**
68-29 Main Street
Flushing, New York 11367
T: 718-640-8123
F: (718) 715-1750
E: mrubinov@consumerattorneys.com

*Attorney for Plaintiff*
*Alexander Claude Palmer*

1

**CERTIFICATE OF SERVICE**

    I hereby certify that on June 12, 2025, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which will send notice of such filing to all attorneys of record in this matter. Since none of the attorneys of record are non-ECF participants, hard copies of the foregoing have not been provided via personal delivery or by postal mail.

                                          /s/ Eugene Nowak