UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------------------X

ALEXANDER CLAUDE PALMER,

                Plaintiff,

       v.                                     Case No. 1:25-cv-01809-RER-TAM

BLOCK, INC. d/b/a CASH APP,

                Defendant.

---------------------------------------------------X

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff Alexander Claude Palmer, by and through undersigned counsel, hereby voluntarily dismisses this Action against Defendant Block, Inc. d/b/a Cash App, with prejudice, and without costs or fees.

Dated: August 11, 2025

                                                              /s/ *Meir Rubinov*
                                                              Meir Rubinov, Esq.
                                                              **CONSUMER ATTORNEYS, PLLC**
                                                              68-29 Main Street
                                                              Flushing, New York 11367
                                                              T: (718) 640-8123
                                                              F: (718) 715-1750
                                                              E: mrubinov@consumerattorneys.com

                                                              *Attorney for Plaintiff*
                                                              *Alexander Claude Palmer*

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 11, 2025, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which will send notice of such filing to all attorneys of record in this matter. Since none of the attorneys of record are non-ECF participants, hard copies of the foregoing have not been provided via personal delivery or by postal mail.

/s/ Eugene Nowak